UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:23-cv-00293-ACC-EJK

HOWARD COHAN,

    Plaintiff,

vs.

MCDONALD'S CORPORATION
a Foreign Profit Corporation,

    Defendant(s).
_____/

### NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, MCDONALD'S CORPORATION, a Foreign Profit Corporation (the Parties), by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED August 2, 2023.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: /s/ Jason A. Glusman |
| Gregory S. Sconzo, Esq. | Jason A. Glusman, Esquire |
| Florida Bar No.: 0105553 | Florida Bar No. 0419400 |
| Sconzo Law Office, P.A. | WICKER SMITH O'HARA MCCOY & |
| 3825 PGA Boulevard, Suite 207 | FORD, P.A. |
| Palm Beach Gardens, FL 33410 | Attorneys for McDonald's Corporation, |
| Telephone: (561) 729-0940 | McDonald's Restaurants of Florida Inc. |
| Facsimile: (561) 491-9459 | 515 E. Las Olas Boulevard |
| Email: greg@sconzolawoffice.com | SunTrust Center, Suite 1400 |
| Email: alexa@sconzolawoffice.com | Ft. Lauderdale, FL 33301 |
| Attorney for Plaintiff | Phone: (954) 847-4800 |
| | Fax: (954) 760-9353 |
| | ftlcrtpleadings@wickersmith.com |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 2, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**